**FORM 26. Docketing Statement**

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1843

**Short Case Caption:** Kwong v. US

**Filing Party** United States, defendant-appellant

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the Court of Federal Claims erred in holding that, as applied to the federally declared COVID-19 disaster, the "[m]andatory 60-day extension" of tax-related deadlines provided for under I.R.C. 7508A(d) (2019) extended those deadlines for more than three years, and that Terry W. Kwong's filing of this tax-refund suit was therefore timely as to his claims for 2007, 2010, and 2011.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

Kwong shall recover from the United States an overpayment of income tax in the amount of $84,000 for his 2007 tax year, including statutory interest computed under I.R.C. 6611(b)(2).

Briefly describe the judgment/order appealed from:

The United States appeals from the judgment awarding Kwong an overpayment of income tax for his 2007 tax year, including the Court of Federal Claims' opinion and order (Doc. 38) granting in part and denying in part the United States' motion for summary judgment.

| Nature of Judgment (select one:) | Date of Judgment: March 17, 2026 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 05/29/2026

Signature: SAMUEL JONES  Digitally signed by SAMUEL JONES
Date: 2026.05.29 09:20:02 -04'00'

Name: Samuel P. Jones