# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1843

**Short Case Caption:** Kwong v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Terry W. Kwong

| | | |
|---|---|---|
| **Principal Counsel:** Anthony V. Diosdi | Admission Date: | 03/31/2011 |
| Firm/Agency/Org.: Diosdi & Liu, LLP | | |
| Address: 505 Montgomery St. 11th Fl., San Francisco, CA 94111 | | |
| Phone: 415-318-3990 | Email: | adiosdi@sftaxcounsel.com |
| **Other Counsel:** Kerrin N.T. Liu | Admission Date: | 06/03/2026 |
| Firm/Agency/Org.: Diosdi & Liu, LLP | | |
| Address: 505 Montgomery St., 11th Fl., San Francisco, CA 94111 | | |
| Phone: 415-318-3990 | Email: | kliu@sftaxcounsel.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/9/26

Signature: /s/ Kerrin N.T. Liu

Name: Kerrin N.T. Liu