IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| TERRY W. KWONG, | ) | |
| | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 26-1843 |
| UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellant | ) | |
| | ) | |
| | ) | |

**APPELLANT UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF**

Appellant United States respectfully requests a 30-day extension of time to file its opening brief in this case, from July 20, 2026, to August 19, 2026.  As grounds for this request, undersigned counsel states as follows:

1.     The United States' opening brief is currently due on July 20, 2026.  Fed. Cir. R. 31(a)(1)(A).  This is the United States' first request for an extension in this appeal.

2.     I have primary responsibility for representing the United States in this appeal.

3.      The Solicitor General of the United States has not yet decided whether to authorize this appeal.  Although the United States filed a protective notice of appeal from the judgment of the Court of Federal Claims in this case, the United States cannot pursue the appeal without authorization of the Solicitor General.  Obtaining such authorization requires the preparation of formal recommendations, multiple levels of review, and significant coordination among attorneys within the Department of Justice (both in the Civil Division and the Office of the Solicitor General) and the IRS Office of Chief Counsel. More time is needed to complete this recommendation and authorization process.

4.      If the Solicitor General ultimately authorizes appeal, then it will be necessary to take into account the Solicitor General's views on drafting the United States' brief.  And if appeal is not authorized, then this appeal will be dismissed.

5.      Moreover, as appellate counsel for the United States, I was not involved in the proceedings below.  This case is one of first impression in the courts of appeals about the postponement of tax-related deadlines under I.R.C. § 7508A(d) (2020) and presidential

disaster declarations.  The case is of significant administrative importance to the government, with potential tax consequences for tens of millions of taxpayers.[1]  Thus, I need more time to familiarize myself with the issues and to consult trial counsel.

6.     I have conferred with counsel for appellee Terry W. Kwong, and he has no objection to the Court granting this extension motion.

WHEREFORE, the United States requests that the due date for filing its opening brief be extended by 30 days to and including August 19, 2026.

Respectfully submitted,

*/s/ Samuel P. Jones*
SAMUEL P. JONES
Attorney
Civil Division
Tax Litigation Branch
U.S. Department of Justice
Washington, D.C. 20044
(202) 616-9085

July 13, 2026

---

[1] *See* Taxpayer Advocate Service, *Tens of Millions of Taxpayers May be Eligible for Significant Tax Refunds—If They Act on or before July 10 (Part I)*, (last updated May 28, 2026), https://www.taxpayeradvocate.irs.gov/news/nta-blog/tens-of-millions-of-taxpayers-may-be-eligible-for-significant-tax-refunds/2026/04/.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| TERRY W. KWONG,<br><br>    Plaintiff-Appellee<br><br>            v.<br><br>UNITED STATES,<br><br>    Defendant-Appellant | )<br>)<br>)<br>)<br>)<br>)   No. 26-1843<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SAMUEL P. JONES

I, Samuel P. Jones, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney employed in the Appellate Section of the United States Department of Justice, Civil Division, Tax Litigation Branch, and I have been assigned primary responsibility for preparing the United States' brief in this case.

2.    The facts in support of, and the reasons for, the United States' motion for a 30-day extension of time to file its brief are true and correct to the best of my knowledge and belief.

- 2 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of July 2026, in Washington, D.C.

/s/ Samuel P. Jones

SAMUEL P. JONES
*Attorney*

# CERTIFICATE OF COMPLIANCE

## Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(d)(2):

[X]   this document contains 455 words, or

[ ]   this brief uses a monospaced typeface and contains _____ lines of text.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

[X]   this document has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in Century Schoolbook 14, or

[ ]   this brief has been prepared in a monospaced typeface using _____ with _____.

(s)    /s/ *Samuel P. Jones*
Attorney for   United States
Dated:  July 13, 2026