FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1843

**Short Case Caption:** Kwong v. US

**Filing Party** Counsel for Terry W. Kwong- Appellee Plaintiff

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

| Issues to be raised on appeal: |
|---|
| Appellee seeks affirmance of the Court of Federal Claims' final judgment. |

| Relief awarded below (if damages, specify):    ☐ None/Not Applicable |
|---|
| Kwong shall recover from the United States an overpayment of income tax in the amount of $84,000 for his 2007 tax year, including statutory interest computed under I.R.C. Section 6611(b)(2). |

| Briefly describe the judgment/order appealed from: |
|---|
| The United States appeals from the judgment awarding Kwong an overpayment of income tax for his 2007 tax year, including the Court of Federal Claims' opinion and order (Doc. 38) granting in part and denying in part the United States/ motion for summary judgment. |

| Nature of Judgment (select one:) | Date of Judgment: March 17, 2026 |
|---|---|
| ☑ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 07/22/2026

Signature: Anthony V. Diosdi

Digitally signed by Anthony V. Diosdi
Date: 2026.07.22 13:56:40 -07'00'

Name: Anthony V. Diosdi